**U.S. Department of Justice**

*United States Attorney's Office*
*Eastern District of New York*

CBD:DSS/AAS
F.#2009R02380

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

December 11, 2012

BY HAND DELIVERY and ECF

The Honorable I. Leo Glasser
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

The Honorable John Gleeson
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. HSBC Bank USA, N.A. and HSBC Holdings plc
Criminal Docket No. 12-763 (ILG)

Dear Judge Glasser and Judge Gleeson:

The government respectfully submits this letter to request that the Court file the above-captioned criminal Information, attached hereto as Exhibit A, with the Clerk of the Court, place this matter into abeyance for a period of sixty months and exclude that time from the period within which trial must commence pursuant to 18 U.S.C. § 3161(h)(2). The defendants join in these requests. As set forth in the document attached hereto as Exhibit B, the government and defendants HSBC Bank USA, N.A. and HSBC Holdings plc (collectively “HSBC”) have entered into a deferred prosecution agreement. Should HSBC comply with the terms and provisions of the attached agreement, the

government has agreed to dismiss the Information after sixty months.

Respectfully submitted,

LORETTA E. LYNCH
United States Attorney

By: /s/
Alexander A. Solomon
Daniel S. Silver
Assistant U.S. Attorneys
(718) 254-6074/6034

cc: David N. Kelley, Esq.
Samuel W. Seymour, Esq.