UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    -against-                                    Cr. No. 12-763

HSBC BANK USA, N.A. and
HSBC HOLDINGS PLC,

          Defendants.
- - - - - - - - -  - - - - - - - - X

### NOTICE OF APPEARANCE

       PLEASE TAKE NOTICE that Department of Justice Trial Attorney

Craig M. Timm hereby enters his appearance in the above-captioned

matter on behalf of the United States.  The Clerk of the Court is

respectfully requested to ensure that all future ECF notifications are

sent to the email address set forth below.


Dated: Brooklyn, New York
      December 16, 2012

                      Respectfully submitted,


                    By:   /s/ Craig M. Timm
                        Craig M. Timm
                        Trial Attorney
                        Department of Justice - Criminal
                        Division
                        Asset Forfeiture and Money
                        Laundering Section
                        1400 New York Avenue, NW
                        Washington, DC 20530
                        craig.timm2@usdoj.gov
                        (202) 514-1263


    cc:   Clerk of the Court (via ECF)
         Counsel for Defendants (via ECF)