

**U.S. Department of Justice**

*United States Attorney's Office*
*Eastern District of New York*

F.#2009R02380

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

December 21, 2012

BY ECF

The Honorable John Gleeson
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:  United States v. HSBC Bank USA, N.A. and
            HSBC Holdings plc
            Criminal Docket No. 12-763 (JG)

Dear Judge Gleeson:

      Pursuant to the Court's direction at the status conference held on December 20th, the parties have conferred regarding a briefing schedule for further submissions. The parties propose that the government and the defendants file separate simultaneous submissions on January 30, 2013.

                                Respectfully submitted,

                                LORETTA E. LYNCH
                                United States Attorney

                    By:        /s/
                                Alexander A. Solomon
                                Daniel S. Silver
                                Assistant U.S. Attorneys
                                (718) 254-6074/6034

cc:  Counsel for Defendants (via ECF)