Arraignment &

**Criminal Calendar:** Status Conference

**Before: Judge John Gleeson, U.S.D.J.**

Date: 12/20/2012 Time: 11:30AM – 12:00PM

DOCKET NUMBER: 12CR763

DEFENDANT'S NAME: HSBC Bank USA, N.A.
√ Present ___ Not Present ___ In Custody ___ Bail

DEFENSE COUNSEL: David N. Kelley and Samuel W. Seymour
___ Legal Aid ___ CJA √ Retained

DEFENDANT'S NAME: HSBC Holdings PLC
√ Present ___ Not Present ___ In Custody ___ Bail

DEFENSE COUNSEL: David N. Kelley and Samuel W. Seymour
___ Legal Aid ___ CJA √ Retained

DEFENDANT'S NAME: ___
___ Present ___ Not Present ___ In Custody ___ Bail

DEFENSE COUNSEL: ___
___ Legal Aid ___ CJA ___ Retained

DEFENDANT'S NAME: ___
___ Present ___ Not Present ___ In Custody ___ Bail

DEFENSE COUNSEL: ___
___ Legal Aid ___ CJA ___ Retained

AUSA: Alexander Solomon; Daniel Silver; Joseph Markel; Craig M. Timm  Deputy Clerk: Ilene Lee

Probation/Pretrial Officer: ___

INTERPRETER: ___ (Language) ___

COURT REPORTER: Marie Foley

√ CASE CALLED:

√ Arraignment: ___ Defendant's first appearance. √ Defendant arraigned on the ~~indictment~~ information.
___ Defendant informed of rights. √ Defendant entered NOT GUILTY PLEA to ALL counts of the ~~indictment~~ information.
___ Status Conference:

√ Order of Speedy Trial entered. Code Type XT Start 12/20/12 Stop 12/28/2012

√ Waiver of Indictment filed.

√ Information filed.

- The Court has given the parties until 12/28/2012 to submit a joint submission regarding the status and proposed dates of the deferred prosecution agreement.
- Upon the recieval of this submission, a new conference date will be given by the Court.