*From the desk of*
*Berenice Mosca*
*New York, March 2013*



The Honorable John Gleeson
United States District Court, Eastern District of New York
225 Cadman Plaza East, Brooklyn, New York 11201

Dear Honorable Judge Gleeson

Please do NOT approve the Breuer / HSBC settlement. Many lives and livelihoods have been destroyed by HSBC. HSBC has shattered countless individual's entire worlds and the whole world at large. For generations to come, Society will suffer the hurt and damage. Destruction from allowing HSBC to continue business is far greater than consequences of revoking charter. If Society can't imprison criminal bankers, then can we find other ways to protect Society?

If they stay in business, they must at least Right their Wrongs under New-To-HSBC leadership. Home grown Mr Gulliver and Mr Flint have a hand, an active part, in all HSBC, being greatly rewarded for their past decade of work building HSBC with present leadership position, compensation, power. There is little to no question they know all too well, and knew all along.

HSBC hypocritical response of a deal is a deal shows they know they are getting away with murder, literally and figuratively. Please don't sign off on it.

After learning from the 2012 Senate Hearings and news readings of the past 15 years, I went from being angry as an actor unpaid for my work for them from which they profited in the billions; to inconsolable over the devastation and destruction they do with their profits.

HSBC misrepresented themselves when I licensed my image to them for their tv commercials. To amend any part I played in contributing to HSBC profits, I feel responsible for motivating HSBC to right their wrongs, their illicit, horrible way they use those profits.

Those of us hurt by HSBC are struggling and suffering enormous losses. Whereas upon reaching the miniscule settlement offer, HSBC rewarded themselves with big promotions (eg Ms Dorner) and bonuses (eg Mr Gulliver) and an upcoming elaborate birthday party. As HSBC spends an enormous sum to grandly, lavishly celebrate themselves, there is no greater opportunity in our lifetime .to either force HSBC to right their wrongs or to stop them from another 150 years of more of the same (but with better cover up practices.)

Society cannot afford, will not survive, another 150 years of HSBC. <u>HSBC must either earn back the right and privilege to do business in Society or cease charter</u>. On ceasing charter, the short *and long* term benefits to Society far outweigh any short term impact.

Judge Gleeson, respectfully I ask, please do not approve this grossly inadequate settlement offer. We have a hard time protecting ourselves from HSBC actions as they outmatch us in legal resources and financial assets. They've taken so much already. Please don't let them take our Judicial System.

Kind regards

Berenice Mosca
New Yorker, American, Citizen of the World, Actor, Social Activist, Animal Advocate


United States Courthouse 225 Cadman Plaza East Brooklyn, New York 11201
Telephone: (718) 260-2450 Courtroom Deputy:(718) 613-2455 Secretary:(718) 613-2450

