March 18, 2013



The Honorable Judge John Gleeson
United States Courthouse
225 Cadman Plaza East, 7th Floor
Brooklyn, NY 11201

Dear Judge Gleeson,

As a concerned citizen, I implore you to reject any settlement agreement between the DOJ and HSBC.

Apart from evidence of egregious criminal conduct by HSBC, DOJ attempts to abdicate its responsibility by taking into consideration unintended consequences of a successful criminal prosecution. It is simply not the concern of DOJ to worry about potential outcomes and I'm outraged by AG Holder's comments in this regard.

Acceptance of this terrible agreement would permit our government to escape its responsibility and set a dangerous precedent for American justice. DOJ must be reminded that its duty is to blindly seek justice on behalf of the American public.

Sir, this is wrong, please do not approve it.

Sincerely,

Robert Warner
380 Rector Pl., Apt.18F
New York, NY 10280
212-600-0864