

**U.S. Department of Justice**

*United States Attorney's Office*
*Eastern District of New York*

F.#2009R02380

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 17, 2013

BY ECF

The Honorable John Gleeson
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

       Re:  United States v. HSBC Bank USA, N.A. and
            HSBC Holdings plc
            Criminal Docket No. 12-763 (JG)

Dear Judge Gleeson:

       Pursuant to the Court's July 1, 2013 order directing the government to file quarterly reports to keep the Court apprised of all significant developments in the implementation of the deferred prosecution agreement, the government proposes filing the first quarterly report on October 1, 2013, and subsequent reports on a quarterly basis thereafter.

- 2 -

>Respectfully submitted,
>
>LORETTA E. LYNCH
>United States Attorney

By: _____/s/_____
>Alexander A. Solomon
>Daniel S. Silver
>Assistant U.S. Attorneys
>(718) 254-6074/6034
>
>JAIKUMAR RAMASWAMY
>Chief, Asset Forfeiture and
>Money Laundering Section
>Criminal Division
>United States Department of
>Justice

By: _____/s/_____
>Craig M. Timm
>Trial Attorney
>(202) 598-2279

cc: Counsel for Defendants (via ECF)