# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, NY 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.

FRANKFURT • LONDON • PARIS

BEIJING • HONG KONG • TOKYO

MELBOURNE • SYDNEY

July 22, 2013

Via ECF

The Honorable John Gleeson
United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Chambers 727 S
Brooklyn, New York  11201

    Re: *United States* v. *HSBC Bank USA, N.A. and HSBC Holdings plc*, 12 Cr. 763 (JG)

Dear Judge Gleeson:

  HSBC Holdings plc and HSBC Bank USA, N.A. (collectively, "HSBC") respectfully submit this letter in response to the Court's July 1, 2013 order approving the Deferred Prosecution Agreement between HSBC and the Government ("Order"). The Order states that "the parties are directed to file quarterly reports with the Court to keep it apprised of all significant development in the implementation of the DPA." (Order at 20.) On July 18, 2013, the Court So Ordered the Government's proposed reporting schedule.

Hon. John Gleeson                                                                                                -2-

        HSBC agrees with the quarterly reporting by the Government on the schedule So Ordered by the Court.  HSBC will supplement the Government's reports only if HSBC believes that additional information is required to fully apprise the Court of developments.  If such an additional report is required, HSBC will file its supplemental report within two weeks after the Government's report is filed with the Court.

        Respectfully submitted,

        Samuel W. Seymour

cc:    Craig M. Timm (by ECF)
       Alexander A. Solomon (by ECF)
       Daniel S. Silver (by ECF)
       David N. Kelley (by ECF)