

U.S. Department of Justice

United States Attorney
Eastern District of New York

DSS/CMT
F. #2009R02380

271 Cadman Plaza East
Brooklyn, New York 11201

October 1, 2015

<u>By ECF</u>

The Honorable John Gleeson
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re: United States v. HSBC Bank USA, N.A. and HSBC Holdings plc
        (collectively, "HSBC")
        <u>Criminal Docket No. 12-763 (JG)</u>

Dear Judge Gleeson:

      Pursuant to the Court's July 1, 2013 order directing the government to file quarterly reports regarding the implementation of the deferred prosecution agreement ("DPA") in the above-captioned matter, the government submits this status report.

      During the last quarter, the Monitor has made progress in satisfying his mandate under the DPA.  The Monitor continued additional work on the Second Annual Follow-Up Review of HSBC Holdings plc and its subsidiaries and affiliates (collectively "HSBC Group's" or the "Bank's") anti-money laundering ("AML") and sanctions compliance program, including assessing HSBC Group-level enhancements to the Bank's AML and sanctions compliance program, conducting reviews of eleven separate country operations within HSBC Group, conducting thematic reviews of HSBC Group's compliance program related to specific lines of business, and assessing HSBC Group's response to the Monitor's remediation recommendations.  The Monitor's findings will be included in the Second Annual Follow-up Report scheduled to be issued in the first quarter of 2016.

      The Monitor continues to identify specific areas of HSBC Group's AML and sanctions compliance program where further remediation is required.  HSBC Group continues to work to address and remediate these areas.  We expect that both those areas

identified by the Monitor and HSBC Group's responses will also be included in the Second Annual Follow-Up Report.

                                              Respectfully submitted,

                                              KELLY T. CURRIE
                                              Acting United States Attorney

By:           /s/
       Alexander A. Solomon
       Daniel S. Silver
       Assistant U.S. Attorneys
       (718) 254-6074/6034

       M. KENDALL DAY
       Chief, Asset Forfeiture and Money Laundering Section
       Criminal Division
       United States Department of Justice

By:           /s/
       Craig M. Timm
       Deputy Chief
       (202) 598-2279

cc:      Counsel for Defendants (via ECF)