# NOTICE OF APPEAL

**UNITED STATES DISTRICT COURT**

__Eastern__ District of __New York__

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Docket Number __12-CR-0763 (AMD)__ |
| - against - | __The Honorable Ann M. Donnelly__ |
| **HSBC BANK USA, N.A. and HSBC HOLDINGS PLC,** | __(formerly The Honorable John Gleeson)__ |
| Defendants. | (District Court Judge) |

Notice is hereby given that ____the United States of America____ appeals to the United States Court of Appeals for the Second Circuit from the:

Judgment ____ ;   Order __X__ ;   Other ____ ;   _____ .
(specify)

entered in this action on __March 9, 2016__ .
(specify)

Offense occurred after November 1, 1987    Yes __X__    No ____ .

The appeal concerns: __Order filing redacted Monitor's Report and United States Country Report__ .

Date __April 7, 2016__        __Alexander A. Solomon, AUSA__
                              (Counsel for Appellant)

TO:  Samuel W. Seymour, Esq.          Address:  U.S. Attorney's Office - E.D.N.Y.
     Sullivan & Cromwell LLP                    271 Cadman Plaza East
     125 Broad Street                           Brooklyn, New York, 11201
     New York, NY 10004            Telephone:   718-254-6074
     212-558-3156                  E-Mail:      alexander.solomon@usdoj.gov
     seymours@sullcrom.com

ADD ADDITIONAL PAGE IF NECESSARY

**(TO BE COMPLETED BY ATTORNEY)**

| ► QUESTIONNAIRE | ► TRANSCRIPT ORDER | ► DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE) |
|---|---|---|
| ____ I am ordering a transcript.<br>__X__ I am not ordering a transcript.<br>**Reason:**<br>____ Daily copy is available<br>__X__ U.S. Attorney has placed order<br>____ Other. Attach explanation | **Prepare transcript of**<br>____ Pre-trial proceedings<br>____ Trial<br>____ Sentence<br>____ Post-trial proceedings | **Dates**<br><br><br><br><br> |

The ATTORNEY certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript.  (FRAP 10(b)) ► Method of payment ___ Funds ___ CJA Form 24

| ATTORNEY'S signature | /s/ | Date | April 7, 2016 |
|---|---|---|---|

► COURT REPORTER ACKNOWLEDGMENT    To be completed by Court Reporter and forwarded to Court of Appeals.

| Date order received | Estimated completion date | Estimated number of pages |
|---|---|---|
| | | |

Date _____    Signature _____
                                          (Court Reporter)

**COPY1 - ORIGINAL**

*U.S. GPO: 2001-611-552/60002